```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  09-20033-CIV-GOLD
                              MAGISTRATE JUDGE P.A. WHITE
```

HERNAN D. PINEDA,                      :

      Petitioner,              :        <u>REPORT OF</u>
                                           <u>MAGISTRATE JUDGE</u>

v.                                     :

WALTER MCNEIL,,                        :

      Respondent.              :
_____

      This Cause is before the Court upon the petitioner's motion for leave to amend, and exhibits. (DE#9). This motion was referred to the Undersigned Magistrate Judge. The petitioner filed a successive petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 in this case, which was dismissed for failed to obtain authorization from the Eleventh Circuit Court of Appeals. The petitioner filed Objections to the Report on February 2, 2009. The Report and Recommendation was adopted on May 18, 2009, and the case closed.

      The petitioner has now filed a motion to amend, styled as a Writ of Mandamus(DE#9). While difficult to discern the petitioner's intent, it appears that the petitioner seeks to have the District Court Judge review this case and establish "res judicata" in relation to his two prior petitions filed; Case No. 03-22965-Civ-Ungaro and Case No. 09-20816-Civ-Moore. Case No. 03-22965-Civ-Ungaro was denied on the merits, which was the basis for dismissing the petition filed in this case as successive. Case No. 09-20816-Civ-Moore was determined to lack subject matter jurisdiction, and if considered to be an attack upon his conviction, to be successive. This pleading is a second attempt by the petitioner to

object to the dismissal of the successive petition filed in this case.[1]

The petitioner may either file objections to the Eleventh Circuit Court of Appeals, contesting the characterization of his petition as successive, or as previously instructed, he may attempt to obtain authorization from the Eleventh Circuit Court of Appeals to file a successive petition.

It is therefore recommended that the petitioner's motion for amended relief (DE#9) be denied, and that this case remain closed.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this day of 18th June, 2009.

                                      UNITED STATES MAGISTRATE JUDGE

cc:    Hernan D. Pineda, Pro Se
        B00410
        Calhoun CI
        Address of Record

---

[1] The petitioner further seeks a ruling from United States District Judge Alan S. Gold on his petition. This Ruling was entered on May 18, 2009.(DE#8) He further seeks a ruling from United States District Judge Michael Moore in case no. 09-20816-civ-Moore. Any relief sought in Judge Moore's case must be filed in the proper case number.